**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed August 23, 2016.**



In The

# Fourteenth Court of Appeals

### NO. 14-16-00285-CV

### IN RE R.J.M., Relator

ORIGINAL PROCEEDING
WRIT OF MANDAMUS
306th District Court
Galveston County, Texas
Trial Court Cause No. 16CP0020

## MEMORANDUM OPINION

On April 8, 2016, relator R.J.M. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Roy Quintanilla of the 306th District Court of Galveston County, to set aside his March 31, 2016 temporary order, removing the child from relator's possession and appointing the

Texas Department of Family and Protective Services (the "Department") temporary managing conservator of the child.

The trial court signed an order, on June 23, 2016, placing the child with relator and, and another order, on August 9, 2016, granting the Department's motion to nonsuit with respect to its pleadings, removing the Department as temporary managing conservator of the child, and releasing the Department from any further duties or responsibilities pursuant to any designation or authority granted by the court during the pendency of the case.

The June 23, 2016 and August 9, 2016 orders render relator's request for relief in her petition moot. Accordingly, we order relator's petition for writ of mandamus dismissed for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Busby, Donovan, and Wise.